**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7183**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CLAUDE SIMPSON,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Donald C. Coggins, Jr., District Judge.  (7:18-cr-00291-DCC-1)

---

Submitted:  October 22, 2024                          Decided:  October 24, 2024

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Claude Simpson, Appellant Pro Se.  Winston Irwin Marosek, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Simpson appeals the district court's order denying his second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Simpson's motion. *See United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (stating standard). Accordingly, we affirm the district court's order. *United States v. Simpson*, No. 7:18-cr-00291-DCC-1 (D.S.C. Oct. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*